NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PACIFIC BIOSCIENCES OF CALIFORNIA, INC.,**
*Appellant*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**OXFORD NANOPORE TECHNOLOGIES LTD.,
OXFORD NANOPORE TECHNOLOGIES, INC.,
METRICHOR, LTD.,**
*Intervenors*

---

2018-1587

---

Appeal from the United States International Trade Commission in Investigation No. 337-TA-1032.

---

**JUDGMENT**

---

EDWARD R. REINES, Weil, Gotshal & Manges LLP, Redwood Shores, CA, argued for appellant. Also represented by BRIAN CHANG, DEREK C. WALTER; ROBERT T. VLASIS, III, Washington, DC.

LUCY GRACE D. NOYOLA, Office of the General Counsel,

United States International Trade Commission, Washington, DC, argued for appellee. Also represented by DOMINIC L. BIANCHI, WAYNE W. HERRINGTON.

STEPHEN M. HASH, Baker Botts, LLP, Austin, TX, argued for intervenors. Also represented by SAMONEH KADIVAR, PUNEET KOHLI; MICHAEL HAWES, Houston, TX.

─────────────────

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, WALLACH, and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 12, 2019                    /s/ Peter R. Marksteiner
        Date                         Peter R. Marksteiner
                                     Clerk of Court